# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**

VS.

**JAMES CHARLES ABBOTT,**
**Defendant**

Case Number: CR-96-098-002-D
USM Number: 13388-064

Teresa K. Brown
Defendant's Attorney

Date of Original Judgment: **April 28, 1997**
Date of Previous Amended Judgment: **September 20, 2002**
*(Use Date of Last Amended Judgment if any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DISMISSED

☐ DENIED

☐ GRANTED   and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ is reduced to _____

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.

October 16, 2019
Order Date

TIMOTHY D. DeGIUSTI
Chief United States District Judge

**Effective Date:** _____
*(if different from order date)*

SR-03-2017